IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE L. TURNER, | 1:09-cv-01010-GSA (PC) |
| Plaintiff, | ORDER STRIKING UNSIGNED MOTION |
| vs. | (MOTION #6) |
| ELLEN GREENMAN, et al., | |
| Defendants. | |
| _____/ | |

On August 6, 2009, Plaintiff filed an unsigned motion seeking the appointment of counsel. Each document submitted for filing must include the original signature of the filing party or parties. Fed. R. Civ. P. 11(a); Local Rule 7-131.

Plaintiff's unsigned motion is HEREBY STRICKEN from the record, without prejudice to refiling.

IT IS SO ORDERED.

**Dated:   August 18, 2009**                    **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE

-1-